FELONY



08CR124
JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FILED**
J.N
JUL X 1 2008
7-1-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints? NO ☑  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☐  YES ☑  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   08 CR 124, US v. Alvarado-Tizoc, Judge Kendall

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☑   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ☑  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☑   YES ☐

6) What level of offense is this indictment or information?   FELONY ☑   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☑   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☑

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances .. (III) |
| ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
| ☐ Bank robbery ......... (II) | ☐ Other Fraud ......... (III) | ☐ Immigration Laws .......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ......... (IV) | ☐ Liquor, Internal Revenue Laws .... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery ......... (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ........... (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........... (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ......... (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement .... (III) | ☑ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
   21 USC 846

Assistant United States Attorney

(Revised 12/99)