Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MAGISTRATE JUDGE VALDEZ 08 CR 0124 | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX JULY 1, 2008 |
|---|---|---|---|
| CASE NUMBER | | DATE | |
| CASE TITLE | US v. JOSE de JESUS ALVARADO-TIZOC, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING AND REQUEST TO SEAL

SPECIAL FEBRUARY 2008-1

The Grand Jury for the _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge **MAGISTRATE JUDGE COX**

**DOCKET ENTRY:**

RECEIVED JUL 01 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DETENTION ORDER PREVIOUSLY ISSUED IN 08 CR 124 TO STAND AS TO JOSE de JESUS ALVARADO-TIZOC. TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO ANTONIO DURAN AND NOE DURAN. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL JULY 22, 2008 @ 5:00 P.M., OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

BW Issued on 07/5/03 JUL 02 2008

| | No notices required, advised in open court. | BW USM | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| WM | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

UNITED STATES OF AMERICA

v.

JOSE de JESUS ALVARADO-TIZOC,
    aka "Jose de Jesus Tizoc",
    "Jose Jesus Alvarado",
    "Jose Alvarado", and "Chuy",
ANTONIO DURAN,
    aka "Popalot", and "Papalapa", and
NOE DURAN,
    aka "George"