## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 124 - 2 | **DATE** | August 28, 2008 |
| **CASE TITLE** | USA  vs.  ANTONIO  DURAN | | |

**DOCKET ENTRY TEXT:**

Arraignment held on the superseding indictment. Defendant enter plea of not guilty. 16.1 conference to be held by 9/3/2008. Pretrial motions and supporting memoranda are to be filed by 9/12/2008. Responses are to be filed by 9/22/2008. Replies are due 9/29/2008. Status hearing is set for 9/4/2008 at 1:30 pm. Trial date of 11/17/2008 to stand.. Final pretrial conference of 11/12/2008 at 4:00 pm shall stand. All proposed jury instructions, 404(b) and Santiago materials are to be submitted by 11/12/2008. All motions in limine and supporting memoranda, are to be filed by 10/29/2008. Responses are to be filed by 11/5/2008. Defendant does not contest detention at this time without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendants not objecting , enter excludable delay for the period of 8/19/2008  through  11/17/2008 pursuant to 18 U.S.C. §3161(h)(1).   X-E   and §3161(h)(8)(B)(iv).    X-T-4

No notices required, advised in open court.

:20

| | Courtroom Deputy Initials: | JS |
|---|---|---|